737 S.E.2d 502

**William James BIGGINS, Petitioner,**

v.

**Karen Lee BURDETTE, f/k/a Karen Burdette Biggins, Respondent.**

Appellate Case No.2011–192286.

No. 27213.

Supreme Court of South Carolina.

Heard Jan. 23, 2013.

Decided Jan. 30, 2013.

Charles D. Lee, III, of McLaren & Lee, of Columbia, for Petitioner.

Russell T. Burke and Victoria L. Eslinger, both of Nexsen Pruet, LLC, of Columbia, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *Biggins v. Burdette*, 392 S.C. 241, 708 S.E.2d 237 (Ct.App.2011). We now dismiss the writ as improvidently granted.